JS-6

1  JACQUELYNE M. NGUYEN, Bar no. 249658
   LAW OFFICES OF JACQUELYNE M. NGUYEN
2  2900 Bristol Street, Suite "A-208"
   COSTA MESA, CA 92626
3  Telephone: (949) 722-0055
   Fax: (949) 722-8416
4  Email: jackie@jacquelynenguyenlaw.com

5  Attorney for: Plaintiff

6

7

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          No. CV A 13-3851

12                  Plaintiff,

13       vs.                          CONSENT JUDGMENT

14  JOHNSON NGUYEN, AKA JOHNSON

15  TIM TOAN NGUYEN,

16                  Defendant

17       Pursuant to the above stipulation of the parties,

18  Judgment is hereby entered in favor of Plaintiff, UNITED

19  STATES OF AMERICA, against Defendant, Johnson Nguyen, aka

20  Johnson Tim Toan Nguyen, in the principal amount of

21  $23,566.69 plus interest accrued to May 23, 2013, in the sum

22  of $516.54; with interest accruing thereafter at $2.02 daily

23  until entry of judgment, for a total amount of  **$24,083.23**.

24

25  DATED: September 19, 2013    By: Terry Nafisi

26                                   Clerk of the Court

27                                   _____
                                     Deputy Clerk
28                                 United States District Court